**FILED**
FEB 5 – 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
UNITED STATES MARSHAL
2007 FEB -5 PM 1:53
DISTRICT OF
CALIFORNIA - OAKLAND

United States District Court
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 05-00664-01 ~~MAG~~ WDB |
| LEONTE AMOS ) | |

ORDER FOR MODIFICATION OF SUPERVISION

The Court takes judicial notice of the defendant's alleged violations of his probation conditions as listed on charges 1, 2, 3 & 4 of the Petition for Arrest Warrant for Offender Under Supervision Form 12 filed on December 19, 2006. IT IS HEREBY ORDERED that the probation conditions of the defendant be modified. ~~ON MOTION OF THE COURT~~, the offender shall reside for a period of one month, to commence at the direction of the probation officer, in a Residential Re-entry Center and shall observe the rules of that facility. The U.S. Marshal shall release from his custody defendant LEONTE AMOS tomorrow, February 6, 2007, morning from the Oakland Federal Courthouse. Immediately upon his release, the defendant must report to the Oakland Probation Office to see Probation Officer Myra Turner.

Date: 2/5/07

Wayne D. Brazil
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Probation; 2 certified copies to Marshal