AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

FILED

AUG 10 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
LEONTE AMOS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number:   **CR-05-00664-01 WDB (DMR)**
Defendant's USM No.: 97710-011

Ellen Leonida, Assistant Federal Public Defender
Defendant's Attorney

**THE DEFENDANT:**

[X]   **admitted guilt to the violation of the conditions of his Probation as described in Charges One, Two, Four, Five, Six, Seven, Eight and Nine on the Amended Petition for Arrest Warrant for Offender Under Supervision filed on July 28, 2011.**

[X]   **did not admit guilt to the violation of the conditions of his Probation as described in Charges Three, Ten and Eleven on the Amended Petition For Arrest Warrant for Offender Under Supervision filed on July 28, 2011; and the government and the United States Probation Officer jointly moved to dismiss those charges against him.**

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Violation of special condition no. 2, that he shall pay restitution in the amount of $5,570.00 | See violation dates specified on Charges One, Two, Four, Five, Six, Seven, Eight and Nine on pages 2 to 6 of the Amended Petition for Arrest Warrant for Offender Under Supervision filed on July 28, 2011. |
| Two | Violation of standard condition no. 5, that he shall work regularly at a lawful occupation | |
| Four | Violation of standard condition no. 2, that he shall report to the probation officer, and shall submit a truthful and complete written report within the first five days of each month | |
| Five | Violation of special condition that he shall participate in a program of testing and treatment for drug abuse | |
| Six | Violation of standard condition no. 2, that he shall submit a truthful and complete written report within the first five days of each month | |
| Seven | Violation of standard condition no. 3, that he shall follow the instructions of the probation officer | |
| Eight | Violation of the condition that he shall not commit another federal, state or local crime | |
| Nine | Violation of the condition that he shall not commit another federal, state or local crime | |

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

2011 AUG 10 PM 2:43

RECEIVED
UNITED STATES MARSHAL

AO 245D (Rev. 9/00)  - Judgment in a Criminal Case for Revocation

In open court on August 3, 2011, the defendant admitted that he violated the conditions of his Probation as described in Charges One, Two, Four, Five, Six, Seven, Eight and Nine on the Amended Petition for Arrest Warrant for Offender Under Supervision filed on July 28, 2011.   Based on his own admission, the Court found that the defendant violated the conditions of his Probation pursuant to Title 18, United States Code Sec. 3565.

| Underlying Matter Violation Number | Nature of Violation | Date Offense Concluded |
|---|---|---|
| Count 1: Title 18, U.S.C. Sec. 1703(b) | Delay or Destruction of Mail | On or about June 22, 2005 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]      The defendant has not violated condition(s) _ and is discharged as to such violation(s) condition.

It appearing that the defendant, who was convicted on February 10, 2006 (Judgment filed on February 13, 2006) in the above styled cause and was placed on Probation for a period of Two (2) years (defendant's Probation was modified on February 5, 2007, further modified on October 17, 2007 and November 8, 2007), has violated the terms of Probation. It is hereby ORDERED and ADJUDGED that the defendant's Probation be **REVOKED**. The defendant shall be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Three (3) months.**

If the defendant serves this custodial sentence, no period of Supervised Release is to follow.

The defendant is remanded forthwith to the custody of the United States Marshal.  The defendant shall be given credit for time served in custody.

Any remaining unpaid balance of defendant's restitution in the amount of Five Thousand Five Hundred Twenty One Dollars ($5,521.00) from his criminal conviction in this case shall be converted to an enforceable civil obligation.

August 3, 2011
Date of Imposition of Judgment

Signature of Judicial Officer

**DONNA M. RYU,** United States Magistrate Judge
Name & Title of Judicial Officer

8/10/11
Date